Samuel BETANCOURT, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (EXEL, INC., New Hampshire Insurance Company and Sedgwick CMS), Respondent

No. 723 MAL 2016

Supreme Court of Pennsylvania.

March 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

ELIZABETH MILLING COMPANY, LLC, Smithdon, L.P. a Pennsylvania Limited Partnership, and Mike Adams, Petitioners

v.

Robert N. ANDREWS and Sandra H. Andrews, Respondents

v.

Robert N. Andrews and Sandra H. Andrews, Respondents

No. 440 WAL 2016
No. 441 WAL 2016

Supreme Court of Pennsylvania, WESTERN DISTRICT.

March 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of March, 2017, the Cross Petition for Allowance of Appeal is **DENIED**. The Application for Emergency Relief for Stay and Remand for a New Trial on Damages is also **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.